SLOAN v. STATE. (No. 3678.) (Court of Criminal Appeals of Texas. Oct. 13, 1915.) Appeal from Johnson County Court; B. Jay Jackson, Judge. Henry Sloan was convicted of making a sale of intoxicating liquors in prohibition territory, and he appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was convicted of making a sale of intoxicating liquors in prohibition territory. The record contains neither a statement of facts nor any bills of excep-

tions; consequently there is nothing to review, the indictment charging an offense. Affirmed.